**FILED**

Oct 28 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          J'ACOUZ          DEPUTY

SEALED

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### August 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS GERARDO CASTRO (1),<br>GERARDO CASTRO VILLA (2),<br>ANDREW OROZCO (3),<br>  aka "Wolf," ▮▮▮▮▮▮▮▮▮▮<br><br>Defendants. | Case No. _____ '25 CR4148 BJC<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C.,<br>Secs. 922(a)(1)(A), 923(a), and<br>924(a)(1)(D) – Engaging in the<br>Business of Dealing Firearms Without<br>a License; Title 18, U.S.C.,<br>Secs. 922(o) and 924(a)(2) –<br>Unlawful Possession of a Machinegun;<br>Title 21, U.S.C., Secs. 841(a)(1)<br>and 846 – Conspiracy to Distribute<br>Methamphetamine; Title 21, U.S.C.,<br>Sec. 841(a)(1) – Possession with<br>Intent to Distribute<br>Methamphetamine; Title 18, U.S.C.,<br>Sec. 2 – Aiding and Abetting;<br>Title 21, U.S.C., Sec. 853,<br>Title 18, U.S.C., Sec. 924(d),<br>and Title 28, U.S.C., Sec. 2461(c) –<br>Criminal Forfeiture |

The grand jury charges:

### Count 1

Beginning no later than on or about November 5, 2024, and continuing through on or about March 26, 2025, within the Southern District of California and elsewhere, defendants LUIS GERARDO CASTRO, GERARDO CASTRO VILLA, and ANDREW OROZCO, aka "Wolf," not being licensed as importers, manufacturers, and dealers of firearms within the meaning of Title 18, United States Code, Chapter 44, did knowingly and willfully engage in the business of dealing in firearms; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2.

JRE:nlv(1):San Diego:10/28/25

Count 2

On or about February 13, 2025, within the Southern District of California and elsewhere, defendant LUIS GERARDO CASTRO did knowingly possess a machinegun, to wit: a "Glock switch" machinegun conversion device designed and intended to convert a semiautomatic firearm into a machinegun, and is therefore a machinegun as defined in Title 26, United States Code, Section 5845(b); all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

Count 3

Beginning on a date unknown to the grand jury but no later than January 7, 2025, and continuing up to and including March 26, 2025, within the Southern District of California and elsewhere, defendants LUIS GERARDO CASTRO, GERARDO CASTRO VILLA, and ███████████████ did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury, to distribute federally controlled substances, to wit: 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Count 4

On or about January 7, 2025, within the Southern District of California and elsewhere, defendants LUIS GERARDO CASTRO and ███████████ ███████, did knowingly and intentionally possess with the intent to distribute 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

//

## Count 5

On or about February 13, 2025, within the Southern District of California, defendant LUIS GERARDO CASTRO, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts 1 through 5 are re-alleged and by their reference fully incorporated herein for purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Sections 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in Count 1 of this Indictment, defendants LUIS GERARDO CASTRO, GERARDO CASTRO VILLA, and ANDREW OROZCO, aka "Wolf," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses. The firearms and ammunition to be forfeited include but are not limited to the following:

    a.   Savage, Model 10, 308 caliber rifle bearing serial number G636915;

    b.   Century Arms, Model NAK9, 9mm rifle bearing serial number AC030;

    c.   Smith & Wesson, Model SW40VE, 40 caliber pistol bearing serial number RAU5039;

    d.   Two black rifle cases;

    e.   Ammunition box;

//

f.  Eight ammunition magazines; and

g.  Approximately 844 rounds of ammunition in various calibers.

Upon conviction of one and more of the felony offenses alleged in Counts 3 through 5 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants LUIS GERARDO CASTRO, GERARDO CASTRO VILLA, and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ shall forfeit to the United States all rights, title and interest in any and all property constituting, and derived from, any proceeds the defendants obtained, directly and indirectly, as the result of the offenses, and any and all property used and intended to be used in any manner and part to commit and facilitate the commission of the violations alleged in Counts 3 through 5.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be subdivided without difficulty;

//
//
//
//
//

4

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All in violation of Title 21, United Sates Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

DATED: October 28, 2025.

A TRUE BILL:

ADAM GORDON
United States Attorney

By: _____
JAMES REDD
Assistant U.S. Attorney